

AO 440 (Rev. 03/08) Civil Summons

# UNITED STATES DISTRICT COURT
for the

## Northern District of California

KENNETH BARKER & LOIS ANNE BARKER )
_____ )
Plaintiff )
v. )     Civil Action No. **C08-02898**
_____ )
Defendant )                                                      **CW**

### Summons in a Civil Action

To:  SEE ATTACHED LIST OF NAMES
_____
(Defendant's name)

A lawsuit has been filed against you.

Within __20__ days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

KENNETH BARKER AND LOIS ANNE BARKER
2349 ROYAL OAKS DRIVE
ALAMO, CA   94507

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Richard W. Wieking
_____
Name of clerk of court

**JUN 1 0 2008**                                              **KELLY COLLINS**
_____
Date:  ~~06/09/08~~                                          Deputy clerk's signature

(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)

1
2
3
4
5

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA.

6   The names of Defendants are as follows :

7   1 ) DEFAULT RESOLUTION NETWORK.

8   2 ) FIDELITY NATIONAL TITLE.

9

10  3 ) MORTGAGE ELETRONIC REGISTRATION SYSTEMS, INC.

11  4 ) ALBORG, VEILUVA & EPSTIEN.

12  5 ) TITLE COURT SERVICES INC.

13  6 ) GENPACT MORTGAGE SERVICES

14

15  7 ) DOES 1 THROUGH 50 INCLUSIVE. These are fictitious names, and when the real

16  names are ascertained, they will be identified and added to this lawsuit.

17
18
19
20
21
22
23
24
25
26
27