1  MICHAEL J. VEILUVA (SBN 100419)
   DARRELL C. MARTIN (SBN 191773)
2  ALBORG, VEILUVA & EPSTEIN LLP
   200 Pringle Avenue, Suite 410
3  Walnut Creek, CA 94596
   Tel: 925-939-9880
4  Fax: 925-939-9915

5  Attorneys for Defendants
   MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.
6  ALBORG, VEILUVA & EPSTEIN, LLP and GENPACT MORTGAGE SERVICES

7

8

9                    UNITED STATES DISTRICT COURT

                   NORTHERN DISTRICT OF CALIFORNIA
10

| | |
|---|---|
| 11  KENNETH BARKER and LOIS ANNE BARKER, | Case No. 4:08-cv-02898-CW |
| 12  Plaintiffs, | **MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., ALBORG, VEILUVA & EPSTEIN, LLP, AND GENPACT MORTGAGE SERVICES' AMENDED NOTICE OF MOTION TO DISMISS KENNETH BARKER AND LOIS ANNE BARKER'S COMPLAINT** |
| 13  vs. | |
| 14  DEFAULT RESOLUTION NETWORK; FIDELITY NATIONAL TITLE; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.; ALBORG, VEILUVA & EPSTEIN; TITLE COURT SERVICES, INC.; GENPACT MORTGAGE SERVICES; and DOES 1 through 50, inclusive, | |
| 15 | **[Fed. R. Civ. P. 12(b)(6)]** |
| 16 | Date: **August 7, 2008** |
| 17 | Time: 2:00 p.m. |
| 18  Defendants. | Dept.: 2 |
| 19 | Judge: The Hon. Judge Claudia Wilken |
| 20 | Complaint Filed: June 10, 2008 |

21  **TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD:**

22      PLEASE TAKE NOTICE that on **August 7, 2008** at 2:00 p.m. or as soon thereafter as

23  the matter may be heard in Courtroom 2 of the above-captioned Court, located at 1301 Clay

24  Street, Oakland, California 94612-5212, before the Honorable Judge Claudia Wilken, defendants

25  ALBORG, VEILUVA & EPSTEIN, LLP ("AVE"), MORTGAGE ELECTRONIC

26  REGISTRATION SYSTEMS, INC. ("MERS"), and GENPACT MORTGAGE SERVICES

27  ("Genpact") (collectively the "Alborg Defendants") will move, and hereby do move, this Court

28  for an order dismissing plaintiffs KENNETH BARKER and LOIS ANNE BARKER's

1   (collectively the "Plaintiffs'") complaint against the Alborg Defendants on the grounds that the

2   complaint fails to allege facts sufficient to state any cognizable claim upon which relief can be

3   granted (Fed. R. Civ. P. 12(b)(6)).

4   Dated:  July 2, 2008                          ALBORG, VEILUVA & EPSTEIN

5                                                       */s/ Michael J. Veiluva*

6                                       By: _____
                                             MICHAEL J. VEILUVA
7                                            DARRELL C. MARTIN
                                             Attorneys for Defendants
8                                            MORTGAGE ELECTRONIC REGISTRATION
                                             SYSTEMS, INC. ALBORG, VEILUVA &
9                                            EPSTEIN, LLP and GENPACT MORTGAGE
                                             SERVICES

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

AMENDED NOTICE OF MOTION TO DISMISS COMPLAINT

1 **PROOF OF SERVICE**

2          I declare that I am employed in the County of Contra Costa, State of California. I am over the age of eighteen (18) years and not a party to the within entitled case, and my business address is Alborg,

3 Veiluva & Epstein LLP, 200 Pringle Avenue, Suite 410, Walnut Creek, California 94596.  On the date set forth below I served the foregoing document described as **MORTGAGE ELECTRONIC REGISTRATION**

4 **SYSTEMS, INC.,  ALBORG, VEILUVA & EPSTEIN, LLP, AND GENPACT MORTGAGE SERVICES' AMENDED NOTICE OF MOTION TO DISMISS KENNETH BARKER AND LOIS ANNE BARKER'S**

5 **COMPLAINT [Fed. R. Civ. P. 12(b)(6)]** on interested parties in this action in the manner(s) indicated below:

6

7     [x] **(OFFICE MAIL)** placing true and correct copies thereof enclosed in a sealed envelope(s), with first class postage fully prepaid, for collection and mailing at 200 Pringle Avenue, Suite 410, Walnut Creek, California 94596 addressed as set forth below.  I am readily familiar with the business'

8     practice for collection and processing of correspondence for mailing with the United States Postal Service.  Correspondence so placed would be deposited with the United States Postal Service that

9     same day in the ordinary course of business.

10    [ ] **(FACSIMILE)** transmission to a facsimile machine maintained by the person(s) on whom it is served at the facsimile machine telephone number as last given by that person(s) on any document

11    filed in the case and served on the party making service.

12    [ ] **(OVERNIGHT DELIVERY)** placing true and correct copies thereof enclosed in a sealed envelope(s), for overnight delivery, in a box or other facility regularly maintained by an express

13    service carrier, or delivered to an authorized courier or driver authorized by that express service carrier with delivery fees paid or provided for, addressed to the person(s) on whom it is to be served,

14    at the office address as last given by that person(s) on any document filed in the case and served on the party making service or at that party's place of residence.

15

**Plaintiffs in Pro Per**                          Kenneth Barker

16                                                         Lois Anne Barker
                                                          2349 Royal Oaks Drive

17                                                         Alamo, CA  94507
                                                          Tel:    (925) 820-0198

18                                                         Fax:    (925) 820-0198

19

          I declare that the foregoing is true and correct and that this declaration was executed in Walnut

20 Creek, California on **July 2, 2008**.

                                                                        */s/ Jan Baerwald*

21                                               _____

                                                          Jan Baerwald

22

23

24

25

26

27

28

AMENDED NOTICE OF MOTION TO DISMISS COMPLAINT