HOLLAND & KNIGHT LLP
  Vito A. Costanzo (State Bar #132754)
  Richard W. Petty (State Bar #219633)
633 West Fifth Street, 21st Floor
Los Angeles, California 90071-2040
Telephone (213) 896-2400
Facsimile (213) 896-2450

Attorneys for Defendant
FIDELITY NATIONAL
TITLE INSURANCE CO.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENNETH BARKER, and LOIS ANNE BARKER,<br><br>                    Plaintiffs<br><br>        v.<br><br>DEFAULT RESOLUTION NETWORK; FIDELITY NATIONAL TITLE; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.; ALBORG, VEILUVA & EPSTEIN; TITLE COURT SERVICES INC.; GENPACT MORTGAGE SERVICES; DOES 1 through 50, inclusive,<br><br>                    Defendants. | Case No.  08 CV 02898 CW<br><br>**DEFENDANT FIDELITY NATIONAL TITLE INSURANCE CO.'S NOTICE OF MOTION AND MOTION TO DISMISS CAUSES OF ACTION CONTAINED IN THE COMPLAINT FOR FAILURE TO STATE A CLAIM (Rule 12(b)(6))**<br><br>**[Filed Concurrently with Memorandum of Points and Authorities]**<br><br>Date:       August 28, 2008<br>Time:       2:00 P.M.<br>Ctrm:       2<br>Judge:      Hon. Claudia Wilken |

TO PLAINTIFFS KENNETH BARKER and LOIS ANNE BARKER:

PLEASE TAKE NOTICE that defendant FIDELITY NATIONAL TITLE INSURANCE CO. will and hereby does move this Court pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure to dismiss for failure to state a claim as to each of the causes of actions in the complaint.  This motion will be heard on August 28, 2008, at 2:00 p.m., in the United States District Court for the Northern District of California, Oakland, California, before the Honorable Claudia Wilken, United States District Judge, in Courtroom 2.

The motion to dismiss pursuant to Rule 12(b)(6) is and will be made on the following grounds: that Plaintiffs' purported causes of action for violations of the Racketeer Influenced and Corrupt Organizations Act are not legally cognizable claims.

Accordingly, Defendant will move for dismissal of those causes of action, with prejudice.

The motion is and will be based on this Notice of Motion, the Memorandum of Points and Authorities in Support of Defendant's Motion, and upon all papers, records and pleadings on file with the court.

Dated: July 3, 2008

Respectfully submitted,
HOLLAND & KNIGHT LLP


Richard W. Petty

Attorneys for Defendant
FIDELITY NATIONAL TITLE INSURANCE CO.

# 5449717_v1

DEFENDANTS' NOTICE OF MOTION AND MOTION TO DISMISS

*Barker et al. v Default Resolution; Fidelity National Title; et al.*
U.S. District Court- California Northern District (Oakland)
Civil Case No. 08 CV 02898 CW

1

## PROOF OF SERVICE

2

State of California        )
                            )    ss.
3

County of Los Angeles    )

4

    I am employed in the County of Los Angeles, State of California.  I am over the age of 18
and not a party to the within action.  My business address is 633 West Fifth Street, 21st Floor,
5

Los Angeles, California 90071.

6

    On July 3, 2008, I served the document described a **DEFENDANT FIDELITY**
7

**NATIONAL TITLE INSURANCE CO.'S NOTICE OF MOTION AND MOTION TO
DISMISS CAUSES OF ACTION CONTAINED IN THE COMPLAINT FOR FAILURE**
8

**TO STATE A CLAIM (Rule 12(b)(6))** on the interested parties in this action, enclosed in a
9

sealed envelope, addressed as follows:

10

### SEE ATTACHED SERVICE LIST

11

☒    **[BY MAIL]**  Following ordinary business practices, I placed the document for collection
and mailing at the offices of Holland & Knight LLP, 633 West Fifth Street, 21st Floor, Los
12

Angeles, California 90071, in a sealed envelope.  I am readily familiar with the business's
13

practice for collection and processing of correspondence for mailing with the United States
Postal Service, and, in the ordinary course of business, such correspondence would be deposited
14

with the United States Postal Service on the day on which it is collected at the business.

15

☐    **[BY UPS]** Following ordinary business practices, I placed the document for collection
and UPS delivery, "next day air" at the offices of Holland & Knight LLP, 633 West Fifth Street,
16

21st Floor, Los Angeles, California 90071.  I am readily familiar with the business' practice for
17

collection and processing of correspondence for delivery by UPS (Next Day Air), and, in the
ordinary course of business, such correspondence would be deposited with UPS on the day on
18

which it is collected at the business.

19

X    I declare under penalty of perjury under the laws of the State of California that the above
is true and correct.
20

21

    Executed on July 3, 2008, Los Angeles, California.

22

23

24
                                              Yvonne Fernandez

25

26

27

28

*Barker et al. v Default Resolution; Fidelity National Title; et al.*
U.S. District Court- California Northern District (Oakland)
Civil Case No. 08 CV 02898 CW

<u>Service List</u>

1

2

Kenneth Barker                                    Lois Anne Barker
2349 Royal Oaks Drive                             2349 Royal Oaks Drive
Alamo, CA 94507                                   Alamo, CA 94507

**Plaintiff,** *pro se*                           **Plaintiff,** *pro se*

Michael John Veiluva
Alborg Veiluva & Epstein LLP
200 Pringle Avenue, Suite 410
Walnut Creek, CA 94596
Tel:  925.929.9880
Fax:  925.939.9915

**Attorneys for Defendants**
**Mortgage Electronic Registration Systems,**
**Inc.; and Alborg, Veiluva & Epstein.**

# 5455902_v1