**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

KENNETH BARKER, et al.,                          No. C 08-02898 CW

       Plaintiffs,                          <u>CLERK'S NOTICE</u>
<u>TAKING MOTIONS UNDER</u>
   v.                                          <u>SUBMISSION</u>

DEFAULT RESOLUTION NETWORK, et al.,

       Defendants.
_____/

    Notice is hereby given that the Court, on its own motion, shall take Defendants Mortgage Electronic Registration Systems, Inc., Alborg, Veiluva & Epstein, LLP, and Genpact Mortgage Services' motion to dismiss Kenneth Barker and Lois Anne Barker's complaint (FRCP 12(b)(6))and Defendant Fidelity National Title Insurance Company's motion to dismiss causes of action contained in the complaint for failure to state a claim (Rule 12(b)(6)) under submission on the papers.  The hearings previously scheduled for August 7, 2008 and August 28, 2008, are vacated.  Plaintiffs' written opposition to the motions will be due August 7, 2008, and any reply by Defendants will be due August 14, 2008.  **Failure by Plaintiffs to timely file written opposition to the motions may result in the granting of the motions**.

Dated:  7/7/08                          _____

                                     SHEILAH CAHILL
                                     Deputy Clerk

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

KENNETH BARKER et al,

           Plaintiff,

  v.

DEFAULT RESOLUTION NETWORK et al,

           Defendant.
_____/

Case Number: CV08-02898 CW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on July 7, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Kenneth  Barker
Lois Anne Barker
2349 Royal Oaks Drive
Alamo,  CA 94507

Michael John Veiluva
Alborg Veiluva & Epstein LLP
200 Pringle Avenue
Suite 410
Walnut Creek,  CA 94596

Vito Anthony Costanzo
Holland & Knight LLP
633 W 5th St, 21st Fl
Los Angeles,  CA 90071-2005

Dated: July 7, 2008

Richard W. Wieking, Clerk
By: Sheilah Cahill, Deputy Clerk

**United States District Court**
For the Northern District of California