HOLLAND & KNIGHT LLP
 Vito A. Costanzo (State Bar #132754)
 Richard W. Petty (State Bar #219633)
633 West Fifth Street, 21st Floor
Los Angeles, California 90071-2040
Telephone (213) 896-2400
Facsimile (213) 896-2450

Attorneys for Defendants
FIDELITY NATIONAL
TITLE INSURANCE CO. and
DEFAULT RESOLUTION NETWORK

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENNETH BARKER, and LOIS ANNE BARKER,<br><br>           Plaintiffs<br><br>v.<br><br>DEFAULT RESOLUTION NETWORK; FIDELITY NATIONAL TITLE; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.; ALBORG, VEILUVA & EPSTEIN; TITLE COURT SERVICES INC.; GENPACT MORTGAGE SERVICES; DOES 1 through 50, inclusive,<br><br>           Defendants. | Case No. 08 CV 02898 CW<br><br>**DEFENDANT DEFAULT RESOLUTION NETWORK'S NOTICE OF MOTION AND MOTION TO DISMISS CAUSES OF ACTION CONTAINED IN THE COMPLAINT FOR FAILURE TO STATE A CLAIM (Rule 12(b)(6))**<br><br>[Filed Concurrently with Memorandum of Points and Authorities]<br><br>Date:    August 28, 2008<br>Time:    2:00 P.M.<br>Ctrm:    2<br>Judge:   Hon. Claudia Wilken |

— 1 —
DEFENDANTS' NOTICE OF MOTION AND MOTION TO DISMISS

TO PLAINTIFFS KENNETH BARKER and LOIS ANNE BARKER:

    PLEASE TAKE NOTICE that defendant DEFAULT RESOLUTION NETWORK will and hereby does move this Court pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure to dismiss for failure to state a claim as to each of the causes of actions in the complaint. This motion will be heard on August 28, 2008, at 2:00 p.m., in the United States District Court for the Northern District of California, Oakland, California, before the Honorable Claudia Wilken, United States District Judge, in Courtroom 2.

    The motion to dismiss pursuant to Rule 12(b)(6) is and will be made on the following grounds: that Plaintiffs' purported causes of action for violations of the Racketeer Influenced and Corrupt Organizations Act are not legally cognizable claims.

    Accordingly, Defendant will move for dismissal of those causes of action, with prejudice.

    The motion is and will be based on this Notice of Motion, the Memorandum of Points and Authorities in Support of Defendant's Motion, and upon all papers, records and pleadings on file with the court.

Dated: July 7, 2008

Respectfully submitted,
HOLLAND & KNIGHT LLP

_____
Richard W. Petty

Attorneys for Defendant
DEFAULT RESOLUTION NETWORK

# 5456137_v1

*Barker et al. v Default Resolution; Fidelity National Title; et al.*
U.S. District Court- California Northern District (Oakland)
Civil Case No. 08 CV 02898 CW

# PROOF OF SERVICE

State of California )
) ss.
County of Los Angeles )

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is 633 West Fifth Street, 21st Floor, Los Angeles, California 90071.

On July 7, 2008, I served the document described a **DEFENDANT DEFAULT RESOLUTION NETWORK'S NOTICE OF MOTION AND MOTION TO DISMISS CAUSES OF ACTION CONTAINED IN THE COMPLAINT FOR FAILURE TO STATE A CLAIM (Fed. Rule Civ. P. 12(b)(6))** on the interested parties in this action, enclosed in a sealed envelope, addressed as follows:

**SEE ATTACHED SERVICE LIST**

☒ **[BY MAIL]** Following ordinary business practices, I placed the document for collection and mailing at the offices of Holland & Knight LLP, 633 West Fifth Street, 21st Floor, Los Angeles, California 90071, in a sealed envelope. I am readily familiar with the business's practice for collection and processing of correspondence for mailing with the United States Postal Service, and, in the ordinary course of business, such correspondence would be deposited with the United States Postal Service on the day on which it is collected at the business.

☐ **[BY UPS]** Following ordinary business practices, I placed the document for collection and UPS delivery, "next day air" at the offices of Holland & Knight LLP, 633 West Fifth Street, 21st Floor, Los Angeles, California 90071. I am readily familiar with the business' practice for collection and processing of correspondence for delivery by UPS (Next Day Air), and, in the ordinary course of business, such correspondence would be deposited with UPS on the day on which it is collected at the business.

X   I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on July 7, 2008, Los Angeles, California.

_____
Yvonne Fernandez

*Barker et al. v Default Resolution; Fidelity National Title; et al.*
U.S. District Court- California Northern District (Oakland)
Civil Case No. 08 CV 02898 CW

Service List

| | |
|---|---|
| Kenneth Barker | Lois Anne Barker |
| 2349 Royal Oaks Drive | 2349 Royal Oaks Drive |
| Alamo, CA 94507 | Alamo, CA 94507 |
| **Plaintiff,** *pro se* | **Plaintiff,** *pro se* |

Michael John Veiluva
Alborg Veiluva & Epstein LLP
200 Pringle Avenue, Suite 410
Walnut Creek, CA 94596
Tel: 925.929.9880
Fax: 925.939.9915

**Attorneys for Defendants
Mortgage Electronic Registration Systems,
Inc.; and Alborg, Veiluva & Epstein.**

# 5455902_v1