IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENNETH BARKER, et al., | No. C 08-02898 CW |
|     Plaintiffs, | CLERK'S NOTICE TAKING MOTION UNDER SUBMISSION |
|   v. | |
| DEFAULT RESOLUTION NETWORK, et al., | |
|     Defendants. | |

Notice is hereby given that the Court, on its own motion, shall take Defendant Default Resolution Network's motion to dismiss causes of action contained in the complaint for failure to state a claim (Rule 12(b)(6)) under submission on the papers. The hearing previously scheduled for August 28, 2008, is vacated. Plaintiffs' written opposition to the motion will be due August 7, 2008, and any reply by Defendant will be due August 14, 2008. **Failure by Plaintiffs to timely file written opposition to the motion may result in the granting of the motion.**

Dated: 7/8/08

                                             SHEILAH CAHILL
                                             Deputy Clerk

**United States District Court**
For the Northern District of California

1  UNITED STATES DISTRICT COURT
   FOR THE
2  NORTHERN DISTRICT OF CALIFORNIA

3

4  KENNETH BARKER et al,                    Case Number: CV08-02898 CW

               Plaintiff,
5                                           **CERTIFICATE OF SERVICE**

      v.
6

7  DEFAULT RESOLUTION NETWORK et al,

               Defendant.
8  _____/

9
   I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District
10 Court, Northern District of California.

11 That on July 8, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said
   copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said
12 envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle
   located in the Clerk's office.
13

14
   Kenneth Barker
15 Lois Anne Barker
   2349 Royal Oaks Drive
16 Alamo, CA 94507

17 Michael John Veiluva
   Alborg Veiluva & Epstein LLP
18 200 Pringle Avenue
   Suite 410
19 Walnut Creek, CA 94596

20 Vito Anthony Costanzo
   Holland & Knight LLP
21 633 W 5th St, 21st Fl
   Los Angeles, CA 90071-2005
22
   Dated: July 8, 2008
23                                              Richard W. Wieking, Clerk
                                                By: Sheilah Cahill, Deputy Clerk
24

25

26

27

28