| Attorney or Party without Attorney:<br>KENNETH BARKER<br>2349 ROYAL OAKS DRIVE<br>ALAMO, CA<br>Telephone No: 925-820-0198     FAX No: | For Court Use Only |
|---|---|
| | FILED<br>AUG 1 1 2008<br>RICHARD W. WIEKING<br>CLERK, U.S. DISTRICT COURT<br>NORTHERN DISTRICT OF CALIFORNIA<br>OAKLAND |

Ref. No or File No.:

Attorney for: Plaintiff

Insert name of Court, and Judicial District and Branch Court:
United States District Court, Northern District Of California

Plaintiff: BARKER
Defendant: DEFAULT RESOLUTION NETWORK

| **PROOF OF SERVICE**<br>**By Mail** | Hearing Date: | Time: | Dept/Div: | Case Number:<br>C0802898 |
|---|---|---|---|---|

1. I am over the age of 18 and not a party to this action. I am employed in the county where the mailing occured.

2. I served copies of the Summons In A Civil Case; Complaint, Notice Of Availability Of Magistrate Judge To Exercise Jurisdiction, Consent To Proceed Before A United State Magistrate Judge, Dispute Resolution Procedures, Instructions For Completion Of Adr Forms Regarding Selection Of An Adr Process, Blank Notice Of Need For Adr Phone Conference, Blank Certification By Parties And Counsel, Blank Stipulation And Order Selecting Adr Process, Blank Notice Of Lawsuit And Request For Waiver Of Service Of Summons, Blank Waiver Of Service Of Summons, Consenting To A Magistrate Judge's Jurisdiction In The Northern District Of California, Ecf Registration Information Handout, Order Setting Initial Case Management Conference And Adr Deadlines

3. By placing a true copy of each document in the United States mail, in a sealed envelope by **First Class** mail with postage prepaid as follows:

   a. Date of Mailing:                    Fri., Jun. 13, 2008
   b. Place of Mailing:                   Walnut Creek, CA 94595
   c. Addressed as follows:               DEFAULT RESOLUTION NETWORK
                                          50 CALIFORNIA STREET, SUITE 3550
                                          SAN FRANCISCO, CA 94111

4. I am readily familiar with the business practice for collection and processing of correspondence as deposited with the U.S. Postal Service on Fri., Jun. 13, 2008 in the ordinary course of business.

5. Person Serving:                                        Recoverable Cost Per CCP 1033.5(a)(4)(B)
   a. VANESSA A. LOPEZ                        d. *The Fee for Service was:*   $110.00
   b. One Hour Delivery Service               e. I am: (3) registered California process server
      1280 Boulevard Way #205                        (i)    Employee
      Walnut Creek, CA 94595                         (ii)   Registration No.:    641
   c. .925-947-1100, FAX 925-947-3480                (iii)  County:              CONTRA COSTA

8. *I declare under penalty of perjury under the laws of the State of California and under the laws of the United States Of America that the foregoing is true and correct.*

   Date: Fri, Jun. 13, 2008

                                                                        *(signature)* (VANESSA A. LOPEZ)

   Judicial Council Form                    PROOF OF SERVICE
   Rule 2.150.(a)&(b) Rev January 1, 2007         By Mail                                           barkkb.11950

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me<sup>(1)</sup> SEE ATTACHED LIST | DATE 6/13/08  2:07PM |
| NAME OF SERVER (PRINT) JOSHUA GODAR | TITLE CALIFORNIA REGISTERED PROCESS SERVER #1038/SAN FRANCISCO COUNTY |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☒ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: DEFAULT RESOLUTION NETWORK BY SERVING JAKE NEELEY, CUSTOMER SERVICE REPRESENTATIVE AT 50 CALIFORNIA STREET, STE 3550, SAN FRANCISCO, CA 94111

☐ Returned unexecuted:

☐ Other (specify):

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES $110.00 | TOTAL $110.00 |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  6/16/08
                    Date                    Signature of Server

ONE HOUR LEGAL SERVICE
1280 BOULEVARD WAY SUITE 205
WALNUT CREEK, CA 94595
                    Address of Server
(925) 947-3470

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

SUMMONS IN A CIVIL CASE; COMPLAINT, NOTICE OF AVAILABILITY OF MAGISTRATE JUDGE TO EXERCISE JURISDICTION, CONSENT TO PROCEED BEFORE A UNITED STATE MAGISTRATE JUDGE, DISPUTE RESOLUTION PROCEDURES, INSTRUCTIONS FOR COMPLETION OF ADR FORMS REGARDING SELECTION OF AN ADR PROCESS, BLANK NOTICE OF NEED FOR ADR PHONE CONFERENCE, BLANK CERTIFICATION BY PARTIES AND COUNSEL, BLANK STIPULATION AND ORDER SELECTING ADR PROCESS, BLANK NOTICE OF LAWSUIT AND REQUEST FOR WAIVER OF SERVICE OF SUMMONS, BLANK WAIVER OF SERVICE OF SUMMONS, CONSENTING TO A MAGISTRATE JUDGE'S JURISDICTION IN THE NORTHERN DISTRICT OF CALIFORNIA, ECF REGISTRATION INFORMATION HANDOUT, ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES

Mr. Kenneth Barker
2349 Royal Oaks Dr.
Alamo, CA 94507

FIRST CLASS MAIL

Clerk Of The Court,
United States District Court,
Northern District Of California,
1333 Clay Street,
Oakland,
CA. 94612.





0000
94612



U.S. POSTAGE
PAID
ALAMO, CA
94507
AUG 09, 08
AMOUNT
$1.34
00015814-02