| Attorney or Party without Attorney:<br>KENNETH BARKER<br>2349 ROYAL OAKS DRIVE<br>ALAMO, CA<br>Telephone No: 925-820-0198    FAX No: | | | | For Court Use Only<br><br>**FILED**<br>AUG 1 1 2008<br>RICHARD W. WIEKING<br>CLERK, U.S. DISTRICT COURT<br>NORTHERN DISTRICT OF CALIFORNIA<br>OAKLAND |
|---|---|---|---|---|
| | | Ref. No or File No.: | | |
| Attorney for: Plaintiff | | | | |
| Insert name of Court, and Judicial District and Branch Court:<br>United States District Court, Northern District Of California | | | | |
| Plaintiff: BARKER | | | | |
| Defendant: DEFAULT RESOLUTION NETWORK | | | | |
| **PROOF OF SERVICE**<br>**By Mail** | Hearing Date: | Time: | Dept/Div: | Case Number:<br>C0802898 |

1. I am over the age of 18 and not a party to this action. I am employed in the county where the mailing occured.

2. I served copies of the Summons In A Civil Case; Complaint, Notice Of Availability Of Magistrate Judge To Exercise Jurisdiction, Consent To Proceed Before A United State Magistrate Judge, Dispute Resolution Procedures, Instructions For Completion Of Adr Forms Regarding Selection Of An Adr Process, Blank Notice Of Need For Adr Phone Conference, Blank Certification By Parties And Counsel, Blank Stipulation And Order Selecting Adr Process, Blank Notice Of Lawsuit And Request For Waiver Of Service Of Summons, Blank Waiver Of Service Of Summons, Consenting To A Magistrate Judge's Jurisdiction In The Northern District Of California, Ecf Registration Information Handout, Order Setting Initial Case Management Conference And Adr Deadlines

3. By placing a true copy of each document in the United States mail, in a sealed envelope by **First Class** mail with postage prepaid as follows:

   a. Date of Mailing:          Tue., Jun. 17, 2008
   b. Place of Mailing:         Walnut Creek, CA  94595
   c. Addressed as follows:     GENPACT MORTGAGE SERVICES
                                15420 LAGUNA CANYON ROAD
                                IRVINE, CA  92618

4. I am readily familiar with the business practice for collection and processing of correspondence as deposited with the U.S. Postal Service on Tue., Jun. 17, 2008 in the ordinary course of business.

5. Person Serving:
   a. VANESSA A. LOPEZ
   b. One Hour Delivery Service
      1280 Boulevard Way #205
      Walnut Creek, CA  94595
   c. .925-947-1100, FAX 925-947-3480

   Recoverable Cost Per CCP 1033.5(a)(4)(B)
   d. **The Fee** for Service was:    $110.00
   e. I am: (3) registered California process server
            (i)   Employee
            (ii)  Registration No.:    641
            (iii) County:              CONTRA COSTA

8. I declare under penalty of perjury under the laws of the State of California and under the laws of the United States Of America that the foregoing is true and correct.

Date: Tue, Jun. 17, 2008

_____
(VANESSA A. LOPEZ)

Judicial Council Form                     PROOF OF SERVICE                            barkkb.11955
Rule 2.150.(a)&(b) Rev January 1, 2007      By Mail

%AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE ||
|---|---|
| Service of the Summons and complaint was made by me⁽¹⁾ SEE ATTACHED LIST | DATE 6/16/08  2:25PM |
| NAME OF SERVER (PRINT) D. CLAYTON | TITLE CALIFORNIA REGISTERED PROCESS SERVER #2121/ORANGE COUNTY |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☒ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left GENPACT MORTGAGE SERVICES BY SERVING RENAE SOUZA, ASSISTANT VICE PRESIDENT, HUMAN RESOURCE AT 15420 LAGUNA CANYON ROAD, IRVINE, CA 92618

☐ Returned unexecuted:

☐ Other (specify):

| STATEMENT OF SERVICE FEES |||
|---|---|---|
| TRAVEL | SERVICES $110.00 | TOTAL $110.00 |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____
               Date

Signature of Server
ONE HOUR LEGAL SERVICE
1280 BOULEVARD WAY SUITE 205
WALNUT CREEK, CA 94595

Address of Server
(925) 947-3470

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

SUMMONS IN A CIVIL CASE; COMPLAINT, NOTICE OF AVAILABILITY OF MAGISTRATE JUDGE TO EXERCISE JURISDICTION, CONSENT TO PROCEED BEFORE A UNITED STATE MAGISTRATE JUDGE, DISPUTE RESOLUTION PROCEDURES, INSTRUCTIONS FOR COMPLETION OF ADR FORMS REGARDING SELECTION OF AN ADR PROCESS, BLANK NOTICE OF NEED FOR ADR PHONE CONFERENCE, BLANK CERTIFICATION BY PARTIES AND COUNSEL, BLANK STIPULATION AND ORDER SELECTING ADR PROCESS, BLANK NOTICE OF LAWSUIT AND REQUEST FOR WAIVER OF SERVICE OF SUMMONS, BLANK WAIVER OF SERVICE OF SUMMONS, CONSENTING TO A MAGISTRATE JUDGE'S JURISDICTION IN THE NORTHERN DISTRICT OF CALIFORNIA, ECF REGISTRATION INFORMATION HANDOUT, ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES