%AO 440 (Rev. 8/01) Summons in a Civil Action

C-08-2898-CW

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] SEE ATTACHED LIST | 6/16/08   11:00AM |
| NAME OF SERVER (PRINT) CHRISTINE A. DAVIS | TITLE OUT OF STATE SERVER |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the defendant. Place where served: MORTGAGE ELETRONIC REGISTRATION SYSTEMS, INC., BY SERVING JOSEPH PATRY, COUNSEL AT 1818 LIBRARY STREET, STE 300, RESTON, VA 20190

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

**FILED**

AUG 1 1 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES $180.00 | TOTAL $180.00 |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  6/20/2008
               Date

Signature of Server
ONE HOUR LEGAL SERVICE
1280 BOULEVARD WAY SUITE 205
WALNUT CREEK, CA 94595
Address of Server
(925) 947-3470

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

SUMMONS IN A CIVIL CASE; COMPLAINT, NOTICE OF AVAILABILITY OF MAGISTRATE JUDGE TO EXERCISE JURISDICTION, CONSENT TO PROCEED BEFORE A UNITED STATE MAGISTRATE JUDGE, DISPUTE RESOLUTION PROCEDURES, INSTRUCTIONS FOR COMPLETION OF ADR FORMS REGARDING SELECTION OF AN ADR PROCESS, BLANK NOTICE OF NEED FOR ADR PHONE CONFERENCE, BLANK CERTIFICATION BY PARTIES AND COUNSEL, BLANK STIPULATION AND ORDER SELECTING ADR PROCESS, BLANK NOTICE OF LAWSUIT AND REQUEST FOR WAIVER OF SERVICE OF SUMMONS, BLANK WAIVER OF SERVICE OF SUMMONS, CONSENTING TO A MAGISTRATE JUDGE'S JURISDICTION IN THE NORTHERN DISTRICT OF CALIFORNIA, ECF REGISTRATION INFORMATION HANDOUT, ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES