MICHAEL J. VEILUVA (SBN 100419)
DARRELL C. MARTIN (SBN 191773)
ALBORG, VEILUVA & EPSTEIN LLP
200 Pringle Avenue, Suite 410
Walnut Creek, CA 94596
Tel: 925-939-9880
Fax: 925-939-9915

Attorneys for Defendants
MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.
ALBORG, VEILUVA & EPSTEIN, LLP and GENPACT MORTGAGE SERVICES

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENNETH BARKER and LOIS ANNE BARKER,<br><br>Plaintiffs,<br><br>vs.<br><br>DEFAULT RESOLUTION NETWORK; FIDELITY NATIONAL TITLE; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.; ALBORG, VEILUVA & EPSTEIN; TITLE COURT SERVICES, INC.; GENPACT MORTGAGE SERVICES; and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No. 4:08-cv-02898-CW<br><br>**PROOF OF SERVICE**<br><br>Date:  Under Submission With Court<br>Time:  N/A<br>Dept.: 2<br><br>Judge:  The Hon. Judge Claudia Wilken<br><br>Complaint Filed: June 10, 2008 |

192200.pldg.POS.dcm

**PROOF OF SERVICE**

I declare that I am employed in the County of Contra Costa, State of California. I am over the age of eighteen (18) years and not a party to the within entitled case, and my business address is Alborg, Veiluva & Epstein LLP, 200 Pringle Avenue, Suite 410, Walnut Creek, California 94596. On the date set forth below I served the foregoing document described as:

1. MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., ALBORG, VEILUVA & EPSTEIN, LLP, AND GENPACT MORTGAGE SERVICES' REPLY BRIEF IN SUPPORT OF MOTION TO DISMISS KENNETH BARKER AND LOIS ANNE BARKER'S COMPLAINT [Fed. R. Civ. P. 12(b)(6)]

2. SUPPLEMENTAL DECLARATION OF DARRELL C. MARTIN AND SUPPLEMENTAL REQUEST FOR JUDICIAL NOTICE [Fed. R. Evid. 201]

3. PROOF OF SERVICE

on interested parties in this action in the manner(s) indicated below:

[ ] **(OFFICE MAIL)** placing true and correct copies thereof enclosed in a sealed envelope(s), with first class postage fully prepaid, for collection and mailing at 200 Pringle Avenue, Suite 410, Walnut Creek, California 94596 addressed as set forth below. I am readily familiar with the business' practice for collection and processing of correspondence for mailing with the United States Postal Service. Correspondence so placed would be deposited with the United States Postal Service that same day in the ordinary course of business.

[ ] **(FACSIMILE)** transmission to a facsimile machine maintained by the person(s) on whom it is served at the facsimile machine telephone number as last given by that person(s) on any document filed in the case and served on the party making service.

[X] **(OVERNIGHT DELIVERY)** placing true and correct copies thereof enclosed in a sealed envelope(s), for overnight delivery, in a box or other facility regularly maintained by an express service carrier, or delivered to an authorized courier or driver authorized by that express service carrier with delivery fees paid or provided for, addressed to the person(s) on whom it is to be served, at the office address as last given by that person(s) on any document filed in the case and served on the party making service or at that party's place of residence.

**Plaintiffs in Pro Per**         Kenneth Barker
                                  Lois Anne Barker
                                  2349 Royal Oaks Drive
                                  Alamo, CA  94507
                                  Tel:   (925) 820-0198
                                  Fax:   (925) 820-0198

I declare that the foregoing is true and correct and that this declaration was executed in Walnut Creek, California on **August 14, 2008**.

/s/ *Marlena Noble*
_____
Marlena Noble