UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

_Kenneth Barker & Lois Anne Barker_
        Plaintiff(s),

v.

_Default Resolution Network, et al._
        Defendant(s).

CASE NO. _C08-02898 CW_

NOTICE OF NEED FOR ADR PHONE CONFERENCE

Counsel report that they have met and conferred regarding ADR and that they:

[X] have not yet reached an agreement to an ADR process
[ ] request an Early Settlement Conference with a Magistrate Judge

Date of Case Management Conference _9/16/08_

The following counsel will participate in the ADR phone conference:

| Name | Party Representing | Phone No. | E-Mail Address |
|---|---|---|---|
| Darrell Martin or Michael Veiluva | Mortgage Electronic Registration; Alborg, Veiluva & Epstein; GenPact Mortgage Services | (925) 939-9880 | dmartin@avelaw.com or mveiluva@avelaw.com |

Civil Local Rule 16-8 and ADR Local Rule 3-5 require that lead trial counsel participate in a telephone conference with a member of the ADR Legal Staff before the Case Management Conference. The ADR Unit (adr@cand.uscourts.gov) will notify you of the date and time of your phone conference.

Dated: _____

                                Attorney for Plaintiff

Dated: _August 26, 2008_

                               _Darrell Martin_
                                Attorney for Defendant

When filing this document in ECF, please be sure to use the ADR Docket Event entitled "Notice of Need for ADR Phone Conference (ADR L.R. 3-5 d)."

Rev. 12/05