<table>
<tr><td>KENNETH BARKER and LOIS ANNE BARKER,<br><br>        Plaintiffs,<br><br>  v.<br><br>DEFAULT RESOLUTION NETWORK; FIDELITY NATIONAL TITLE; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.; ALBORG, VEILUVA & EPSTEIN; TITLE COURT SERVICES, INC.; GENPACT MORTGAGE SERVICES; JAMES GIPS; JULIE WAGNER; HOLLAND AND KNIGHT LLP; VITO COSTANZO; RICHARD PETTY; TAYLOR WOODS; MICHEAL VEILUVA; DARRELL MARTIN; and DOES 1 through 50, inclusive,<br><br>        Defendants.</td><td>No. C 08-2898 CW<br><br>ORDER GRANTING PLAINTIFFS' MOTION TO FILE A SECOND AMENDED COMPLAINT</td></tr>
</table>

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

    Plaintiffs Kenneth Barker and Lois Anne Barker have moved to file a second amended complaint.  Defendants Default Resolution Network, Fidelity National Title Insurance Co., Mortgage Electronic Registration Systems, Inc., Alborg, Veiluva & Epstein, LLP, and Genpact Mortgage Services oppose the motion.  The motion was taken under submission on the papers.  Having considered all of the parties' papers, the Court grants the motion to file a second amended complaint.

This dispute arises out of a notice of default and election to sell under deed of trust for the property located at 2349 Royal Oaks Drive in Alamo, California. The notice was recorded on May 1, 2008 and, on May 8, 2008, served on Plaintiffs, the joint owners of the property. Plaintiffs allege that Defendants engaged in a scheme to foreclose on their home illegally in violation of the Racketeer Influenced and Corrupt Organizations Act (RICO). Defendants moved to dismiss the original complaint because it did not plead with particularity each element of the RICO cause of action. On August 8, 2008, the Court granted Defendants' motion to dismiss with leave to amend. Docket no. 30. On September 5, 2008 Genpact recorded a new Notice of Default and Notice of Trustee's Sale curing a recording error and updating the reinstatement amount.[1] Plaintiffs allege that they received these notices on September 15, 2008. On September 8, 2008 Plaintiffs filed their first amended complaint and, within two weeks, Defendants filed motions to dismiss.

Instead of responding to the motion to dismiss, Plaintiffs filed a second amended complaint on October 9, 2008. Plaintiffs assert that the new Notice of Default and Notice of Trustee's Sale identified new and different facts that warrant the filing of a second amended complaint. The Court notes that the second amended complaint differs only slightly from the first amended complaint. It appears that the employees and individual attorneys working for the existing named defendants were added as new named defendants.

---

[1] Neither Plaintiffs nor Defendants informed the Court as to the nature of the recording error.

2

1    In the interest of judicial economy the Court GRANTS
2 Plaintiffs' motion to file a second amended complaint.  The Court
3 will consider Defendants' motions to dismiss Plaintiffs' first
4 amended complaint as applicable to Plaintiffs' second amended
5 complaint.  Within one week of the date of this order, Defendants
6 may file a brief, no more than ten pages, to address any new facts
7 or issues raised in Plaintiffs' second amended complaint.
8 Plaintiffs' opposition is due three weeks from the date of this
9 order, after Defendants' filing, and Defendants reply is due one
10 week thereafter.  If Plaintiffs do not file a timely opposition,
11 the case will be dismissed for failure to prosecute.
12    IT IS SO ORDERED.

14 Dated:   11/12/08                    _____
                                        CLAUDIA WILKEN
15                                      United States District Judge

**United States District Court**
For the Northern District of California

3

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

KENNETH BARKER et al,

        Plaintiff,

v.

DEFAULT RESOLUTION NETWORK et al,

        Defendant.

Case Number: CV08-02898 CW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on November 12, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

William Stephen Fiske
Michael John Veiluva
Darrell Charles Martin
Alborg, Veiluva & Epstein LLP
200 Pringle Avenue, Suite 410
Walnut Creek, CA 94596

Glenn Michael Perrell
Glenn M Perrell
205 S Broadway Ste 302
Los Angeles, CA 90012

Kenneth Barker
Lois Anne Barker
2349 Royal Oaks Drive
Alamo, CA 94507

Richard William Petty
Vito Anthony Costanzo
Holland & Knight LLP
633 W 5th St, 21st Fl
Los Angeles, CA 90071-2005

Dated: November 12, 2008

        Richard W. Wieking, Clerk
        By: Sheilah Cahill, Deputy Clerk